UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

RAFAEL BANDA,  ) No. CV 14-739-AG (SH)
  )
 Plaintiff, ) ORDER ACCEPTING REPORT AND
  ) RECOMMENDATION OF UNITED
  ) STATES MAGISTRATE JUDGE
v. )
  )
MONIQUE NWACHUKWU, L.V.N., )
  )
 Defendant. )

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1

IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Report and Recommendation, (2) granting Defendant Nwachukwu's Motion to Dismiss, and; (3) directing that Judgment be entered dismissing Plaintiff's Complaint without leave to amend.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: Nov. 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE