1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

10

11

12

13   RAFAEL BANDA,                    )      No. CV 14-739-AG (SH)
                                       )
                                       ) JUDGMENT
14              Plaintiff,             )
                                       )
15        v.                           )
                                       )
16   MONIQUE NWACHUKWU, L.V.N.,        )
                                       )
17              Defendant.             )
                                       )
     _____)

18
          Pursuant to the Order of the court adopting the conclusions and
19
     recommendations of the United States Magistrate Judge,
20
          IT IS ADJUDGED that Plaintiff's Complaint is dismissed without leave to
21
     amend.
22

23   DATED: NOV 30, 2014

24

25

26
                                   _____
27                                 ANDREW J. GUILFORD
                                   UNITED STATES DISTRICT JUDGE
28

                                        1